**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES - GENERAL**</u>

Case No.  <u>CV 12-7115 R (PJWx)</u>          Date: <u>September 5, 2012</u>

Title:  <u>Craig Ricketts, et al -vs- Stephan Haah, et al</u>

==================================================================
PRESENT: HON. <u>AUDREY B. COLLINS, CHIEF U.S. DISTRICT JUDGE</u>

        <u>Angela Bridges</u>              <u>None</u>
        Deputy Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
None present                          None present

PROCEEDINGS: (In Chambers) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY
             WITH LOCAL RULE 3-2 AND SCHEDULING ORDER TO SHOW
             CAUSE HEARING BEFORE THE CHIEF JUDGE

    On, August 29, 2012 this Court issued an Order to Comply With Local Rule 3-2, which requires that all manually filed civil initiating documents be e-mailed in electronic form (PDF format only) within twenty-four hours of the date the civil initiating documents are filed. Plaintiff's counsel has failed to comply with that Order of Court.

    IT IS HEREBY ORDERED that counsel appear in person before Chief Judge AUDREY B. COLLINS, on **September 10, 2012, at 10:00 a.m.**, Courtroom 680, Roybal  Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, to show cause why monetary sanctions should not be imposed against counsel pursuant to Local Rule 83-7(a), for failure to comply with Local Rule 3-2.

    A written response to this Order to Show Cause shall be filed no later than **Friday, September 7, 2012**. **Failure to do so will result in the matter being submitted to the Court without hearing and be deemed consent to the imposition of sanctions.**  To contact the Deputy Clerk to Chief Judge Collins, call Angela Bridges, at (213) 894-6500.

    The Clerk shall serve this minute order on all parties/counsel in this action.

                                     ____ : _____
                   Initials of Deputy Clerk: <u>ljw for AB</u>